FILED
AUG 0 6 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERROLD TAYLOR, JR.,<br><br>Defendant. | INDICTMENT<br><br>3:25cr384<br>Judge Knepp<br>CASE NO. Magistrate Judge Clay<br>Title 18, United States Code,<br>Sections 922(g)(1), 922(g)(9),<br>and 924 (a)(8) |

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about May 30, 2025, in the Northern District of Ohio, Western Division, Defendant JERROLD TAYLOR, JR., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Possession of a Firearm by a Person with a Prior Misdemeanor Domestic Violence Conviction, on or about December 14, 2020, in case number 3:20CR00093, United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce ammunition, to wit: five rounds

ORIGINAL

of Federal Cartridge Company, 9mm Luger Caliber Ammunition and five rounds of Hornady Cartridge Company, 9mm Luger Caliber Ammunition, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Possession of Ammunition by a Person Convicted of Domestic Violence, 18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury further charges:

2. On or about May 30, 2025, in the Northern District of Ohio, Western Division, Defendant JERROLD TAYLOR, JR., knowing he had previously been convicted of a misdemeanor crimes of domestic violence, those being: Domestic Violence, on or about December 14, 2016, in case number CRB-16-15336, Toledo Municipal Court, Domestic Violence, on or about December 2, 2019, in case number CRA-19-13207, Toledo Municipal Court, and Domestic Violence, on or about November 16, 2023, in case number CR-0202302015, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce ammunition, to wit: five rounds of Federal Cartridge Company, 9mm Luger Caliber Ammunition and five rounds of Hornady Cartridge Company, 9mm Luger Caliber Ammunition, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

3. The allegations of Counts 1 and 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing

offenses, Defendant JERROLD TAYLOR, JR. shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 1 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.